CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __BILOXI__

COUNTY: __HARRISON__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # _1:14cr33 HSO-JMR-3_
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES __X__ NO

MATTER TO BE SEALED: __X__ YES ___ NO

NAME/ALIAS: __RASAQ ADEROJU RAHEEM__

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR -9 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER: __X__ NO ___ YES LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:** ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __8__   ___ PETTY ___ MISDEMEANOR __8__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:1349.F__ | 18 USC 1349 | ATTEMPT & CONSPIRACY TO COMMIT FRAUD | 1 |
| Set 2 __18:371.F__ | 18 USC 371 | CONSPIRACY TO DEFRAUD UNITED STATES | 2 |
| Set 3 __181341.F__ | 18USC 1341 | MAIL FRAUD | 3-8 |

Date: __4/4/14__   SIGNATURE OF AUSA _Annette Williams /JMD_

Revised 2/26/2010